1016

No. 11–6187.  AGUIRREZ MATOS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–6190.  HAMMONTREE *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 11–6193.  HARRIS *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 11–6196.  COLLINS *v.* HEDGPETH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–6200.  F. J. *v.* FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES.  Sup. Ct. Fla.  Certiorari denied.

No. 11–6208.  McPHERRON *v.* FLORIDA UNEMPLOYMENT APPEALS COMMISSION.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 11–6209.  KEMP *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–6218.  LAWSON *v.* SWORD ET AL.  Ct. App. Ky.  Certiorari denied.

No. 11–6220.  VELASQUEZ *v.* KIRKLAND, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–6233.  THROOP *v.* GONZALEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–6277.  MANSPEAKER *v.* FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 11–6281.  SKANDHA *v.* RODEN, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION AT NORFOLK.  App. Ct. Mass.  Certiorari denied.

No. 11–6283.  RICE *v.* HUDSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.